# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DEON VERNON                                                                    PLAINTIFF

v.                              CASE NO. 3:19-CV-00127  LPR

STEPHEN SIGMAN, Individually;
CITY OF BLYTHEVILLE, ARKANSAS;
NATHAN KRUPIN, Individually;
RONNIE MCSHAN, Individually; and
JOHN DOES 1-10, Individually                                                   DEFENDANTS

## ORDER

Pending before the Court is a Joint Motion for Settlement Conference (Doc No. 15). The motion is *granted*.

Therefore, the matter of a settlement conference in this case is hereby referred to Magistrate Judge J. Thomas Ray for further proceedings. The trial in this matter is currently scheduled March 8, 2021.

IT IS SO ORDERED this 28th day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE