UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEON VERNON                                                                                     PLAINTIFF

VS.                                      3:19-CV-00127-LPR

STEPHEN SIGMAN, *et al*.                                                                DEFENDANT

### ORDER

The settlement conference in this case is rescheduled for 10:00 a.m. on Thursday, April 8, 2021, in the large courtroom in the United States District Courthouse in Jonesboro, Arkansas. The attorneys' confidential settlement letters, providing all of the information requested in my December 1, 2020 letter, are due by noon on Wednesday, March 31, 2021. All Defendants, and any other required party having the authority to settle the case on behalf of Defendants, along with their attorney(s), must be present in person for the settlement conference. Plaintiff and his counsel must also be present, in person, for the settlement conference.

All of the dates specified in United States District Judge Lee P. Rudofsky's Scheduling Order, including the June 7, 2021 trial date in Jonesboro, Arkansas, remain *unchanged*. If this case does not settle on April 8, 2021, it will proceed to trial before a jury on June 7, 2021.

IT IS SO ORDERED this 16th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE